PROB 12C
(6/16)

Report Date: February 20, 2019

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 21, 2019

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jacob Mark Washam | Case Number: 0980 1:16CR02035-SAB-1 |
| Address of Offender: , Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: January 25, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 40 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | January 15, 2019 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: | January 14, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Washam is alleged to have committed the crimes of attempting to elude, driving while license suspended in the third degree, driving under the influence, and driving without ignition interlock on or about January 31, 2019, Yakima County Superior Court cause number 19-1-00201-39.<br><br>On January 23, 2019, this officer met with Mr. Washam upon his release from Bureau of Prisons custody. Mr. Washam reviewed and signed the judgment and sentence, acknowledging his understanding of his term of supervised release conditions.<br><br>On January 31, 2019, per Moxee Police Department case number 19M0099, at approximately 0057 hours in the city of Moxee, a 1992 Honda Prelude was traveling east bound on State Route 24 Milepost 6 east of Walters Road. Officer Lopez observed the vehicle cross the center lane with its front and rear driver side tires and then over correct causing the front and rear passenger tires to touch and cross the solid white line near the shoulder of the road. The vehicle turned north bound onto Faucher Road. As the officer turned onto Faucher Road, he observed the vehicle speed up quickly and turn onto Columbus Avenue. Based on his training and experience, Officer Lopez believed the driver to possibly be intoxicated. |

Prob12C
Re: Washam, Jacob Mark
February 20, 2019
Page 2

The officer activated his lights in his fully marked patrol vehicle and observed the vehicle speed up and take off west bound on Columbus Avenue. The officer believed the vehicle was attempting to elude him so he pursued the suspect vehicle into a cul-de-sac. The officer attempted to block the suspect vehicle. The suspect vehicle approached the officer and swerved around him almost hitting the patrol vehicle. A chase ensued and the suspect vehicle almost hit the officer's vehicle again, as well as multiple vehicles parked on the side streets. At one point the suspect vehicle traveled at approximately 62 miles per hour (MPH) in a 25 MPH speed zone and ran approximately eight stop signs. The suspect vehicle was also driving in the opposing lane of traffic on graded levels of the road.

The suspect vehicle stopped at 12180 Mieras Road. Mr. Washam exited the suspect vehicle and fled on foot. Officer Lopez chased Mr. Washam for approximately 80 yards and could smell the odor of alcohol. Mr. Washam eventually laid on the ground behind a bush. Mr. Washam was held at gunpoint until backup arrived. The odor of alcohol increased as officer Lopez handcuffed him and based on the officer's training and experience, Mr. Washam was observed to be under the influence of alcohol. Mr. Washam's eyes were watery and bloodshot, his eyelids were droopy, and he smelt like the odor of alcohol. Washington State Patrol Trooper Jaramillo then assisted with processing the offender for driving under the influence. However, Mr. Washam refused to cooperate and the Washington State Patrol applied for a blood warrant and drew his blood at Yakima Regional Hospital. Mr. Washam was arrested and booked into the Yakima County Jail.

On February 14, 2019, Mr. Washam was arraigned in Yakima County Superior Court on cause number 19-1-00201-39 and charged with attempting to elude a police vehicle, driving under the influence, driving while license suspended, and ignition interlock device violation. Bail was set at $100,000 and Mr. Washam's next hearing is scheduled for March 14, 2019.

2      **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Washam is alleged to have consumed alcohol on or about January 31, 2019.

On January 23, 2019, this officer met with Mr. Washam upon his release from Bureau of Prisons custody. Mr. Washam reviewed and signed the judgment and sentence, acknowledging his understanding of his term of supervised release conditions.

On January 31, 2019, per Moxee Police Department case number 19M0099, at approximately 0057 hours in the city of Moxee, Jacob Washam failed to or refused to bring his vehicle to a stop and drove the vehicle he occupied in a reckless manner in an attempt to elude a pursuing police vehicle while given audible and visual signals to stop. Mr. Washam stopped at 12180 Mieras Road and exited the vehicle, fleeing on foot. Officer Lopez chased Mr. Washam for approximately 80 yards and could smell the odor of alcohol.

Mr. Washam eventually laid on the ground behind a bush. Mr. Washam was held at gunpoint until backup arrived. The odor of alcohol increased as officer Lopez handcuffed him. Based on the officer's training and experience, Mr. Washam was observed to be under the influence of alcohol. Mr. Washam's eyes were watery and bloodshot. His eyelids were droopy and

Prob12C
Re: Washam, Jacob Mark
February 20, 2019
Page 3

he smelt like the odor of alcohol.  Washington State Patrol Trooper Jaramillo assisted with processing the offender for driving under the influence.  However, Mr. Washam refused to cooperate and Washington State Patrol applied for a blood warrant and drew his blood at Yakima Regional Hospital.  Mr. Washam was arrested and booked into the Yakima County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 20, 2019

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

02/21/2019

Date